**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Michael J. Puma (*pro hac vice* forthcoming)
Eleanor R. Farrell
Phone: 215.963.5000
Fax: 215.963.5001
michael.puma@morganlewis.com
eleanor.farrell@morganlewis.com

*Attorneys for Defendant*
*Bimbo Foods Bakeries Distribution, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN WEBER,<br><br>Plaintiff,<br><br>v.<br><br>BIMBO FOODS BAKERIES DISTRIBUTION, LLC,<br><br>Defendant. | Civil Action No. 21-14692<br><br>**NOTICE OF REMOVAL**<br><br>***ELECTRONICALLY FILED*** |

**DEFENDANT BIMBO FOODS BAKERIES DISTRIBUTION, LLC's**
**NOTICE OF REMOVAL**

Defendant Bimbo Foods Bakeries Distribution, LLC ("BFBD"), by and through its counsel Morgan, Lewis & Bockius LLP, hereby removes this action from the Superior Court for Passaic County, New Jersey, where it is currently pending, to the United States District Court for the District of New Jersey. This action may be removed because this Court has original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship). In support of this Notice of Removal, BFBD states as follows:

**PROCEDURAL BACKGROUND**

1. In accordance with Rule 10.1(a) of the Local Civil Rules, the address of the named parties are as follows:

(a) Plaintiff John Weber alleges in the Complaint that he resides at 10 Taylor Lane, Woodland Park, NJ. Compl. ¶ 1.

(b) Defendant BFBD is a limited liability company, and its sole member is Bimbo Bakeries USA, Inc. ("BBUSA"), which is incorporated under the laws of Delaware with its principal place of business at: 255 Business Center Drive, Horsham, Pennsylvania 19044.

2. On November 16, 2020, Plaintiff John Weber filed a Complaint against BFBD, relating to his distribution rights to sell bakery products manufactured by BFBD or its affiliates or partners, entitled *Weber v. Bimbo Foods Bakeries Distribution, LLC*, Case No. PAS-L-3631-20 (hereinafter "Case No. PAS-L-3631-20"), in the Superior Court for Passaic County, New Jersey, a true and correct copy of which is attached hereto as Exhibit 1.

3. On December 15, 2020, the Summons and Complaint in Case No. PAS-L-3631-20, true and correct copies of which are included in Exhibit 1 attached hereto, were served on BFBD.

4. No proceedings have been held in the Superior Court for Passaic County, New Jersey, and all orders, process, and pleadings are attached hereto as Exhibit 1. Case No. PAS-L-3631-20 has been referred to mediation before the close of discovery under the Superior Court's mandatory mediation program, and the order making the referral is also included in Exhibit 1.

## GROUNDS FOR REMOVAL

### Standard for Removal of State Court Action

5. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

6. Pursuant to 28 U.S.C. § 1332(a), "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between . . . citizens of different states."

7. Under these standards, this action is removable to this Court because the Court has original jurisdiction over the matter as there is complete diversity of citizenship between the parties and the amount in controversy in this action, exclusive of interest and costs, exceeds $75,000.

**Nature of the Action in the Complaint**

8. Case No. PAS-L-3631-20 is a civil action asserting common law claims for breach of contract (Compl. ¶¶ 15-18), breach of fiduciary duty (Compl. ¶¶ 19-23), breach of the covenant of good faith and fair dealing (Compl. ¶¶ 24-27), and unjust enrichment (Compl. ¶¶ 28-30).

**The Parties Have Complete Diversity of Citizenship**

9. The parties have complete diversity of citizenship. Plaintiff is a citizen of New Jersey. His address, as stated in his Complaint, is in Woodland Park, NJ. Compl. ¶ 1.

10. BFBD is a limited liability company. Matthew Wright Declaration (attached hereto as Exhibit 2), at ¶ 2. "[T]he citizenship of an LLC is determined by the citizenship of its members" for purposes of determining diversity jurisdiction. *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 (3d Cir. 2015). BFBD's sole member is BBUSA, which is incorporated under the laws of Delaware with its principal place of business in Pennsylvania. Exhibit 2, at ¶ 2. Therefore, for the purposes of removal, and pursuant to 28 U.S.C. § 1332(c), BFBD is a citizen of Delaware and Pennsylvania.

**Amount in Controversy Requirement is Satisfied**

11. The amount in controversy requirement is also satisfied. Plaintiff's Complaint provided no details regarding the amount in controversy. However, Plaintiff later responded to BFBD's Interrogatories and, specifically, to Interrogatory No. 3, asking Plaintiff to identify each

category of damages claimed in the action, including the dollar amount of relief sought and the method by which the amounts were calculated, by claiming damages totaling $121,852, exclusive of interests and costs.[1] Specifically, Plaintiff stated that there are "four components of plaintiff's damage claim in this action:"

a. (1) Plaintiff's "loss of income" for the Freihofer wide loaf product line that he alleges "amounts to a total loss of $2,263.00";

b. (2) Plaintiff's "loss of income" for the Freihofer family white, split top white and wheat products that he alleges "amounts to an income loss of . . . $2796.00";

c. (3) loss of valuation of Freihofer distribution rights that he alleges "diminished the value of plaintiff's route by $20,852.00"; and

d. (4) a guaranteed sales price for his distribution rights based on comparable sales that he alleges totals "$95,914.00." Exhibit A to Exhibit 3, Declaration of Eleanor R. Farrell.

**Timeliness of Notice of Removal**

12. BFBD timely filed this Notice of Removal shortly after it first learned that Plaintiff is claiming damages exceeding $75,000. BFBD served discovery requests on February 8, 2021. Exhibit 3, at ¶ 2. Following extensions of time, Plaintiff served written responses to BFBD's First Set of Interrogatories on July 9, 2021. *Id.* This is the date on which BFBD first could ascertain

[1] This Notice of Removal addresses the claimed nature and amount of damages placed at issue by Plaintiff. BFBD's reference to a specific damages amount is solely for the purpose of establishing that the amount in controversy is more likely than not in excess of the jurisdictional minimum. BFBD maintains that Plaintiff's claims are without merit and that BFBD is not liable to Plaintiff. BFBD specifically denies that Plaintiff has suffered any damage or loss as a result of any act or omission by BFBD. No statement or reference contained in this Notice of Removal constitutes an admission of liability or a suggestion that Plaintiff will or could recover any benefits or damages amounts based upon his discovery responses or otherwise.

the amount of damages claimed in this action from Plaintiff's response to BFBD's Interrogatory No. 3 identifying the dollar amount of relief sought.

13. Pursuant to 28 U.S.C. § 1446(b)(3), as the action was commenced less than one full year ago, and BFBD only learned that the amount in controversy exceeds $75,000 less than 30 days ago, BFBD's removal request is timely. *See* 28 U.S.C. § 1446(b)(3) ("[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.").

**Venue**

14. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1441(a) because the United States District Court for the District of New Jersey is the federal judicial district and division embracing the Superior Court of New Jersey, Passaic County, where Plaintiff originally filed this action.

**State Court Pleadings**

15. In accordance with 28 U.S.C. § 1446(d), BFBD is simultaneously filing copies of all process, pleadings, and orders existing on file in Case No. PAS-L-3631-20. *See* Exhibit 1.

16. Further, in accordance with 28 U.S.C. § 1446(d), notice of removal of this action will be given to the Superior Court for Passaic County, New Jersey by the filing in state court of the Notice of Filing of Removal of Action to the United States District Court for the District of New Jersey (hereinafter "Notice of Filing of Removal").

17. A copy of this Notice of Removal has been served upon Plaintiff through his counsel by first-class mail and email and a copy of this Notice of Removal is being filed in the

Superior Court for Passaic County, New Jersey, pursuant to 28 U.S.C. § 1446, as an attachment to the aforementioned Notice of Filing of Removal.

18. By filing a Notice of Removal in this matter, BFBD does not waive its right to assert any and all defenses and/or objections in this case.

19. Further, BFBD respectfully requests an opportunity to submit additional argument or evidence if Plaintiff challenges this Notice of Removal and such evidence or argument becomes necessary.

WHEREFORE, for all the foregoing reasons, BFBD respectfully requests that the above-captioned action be removed from the Superior Court for Passaic County, New Jersey and that this Court exercise jurisdiction over further proceedings.

Dated: Philadelphia, PA

August 6, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: *<u>/s/ Eleanor R. Farrell</u>*
Michael J. Puma (*pro hac vice* forthcoming)
Eleanor R. Farrell
1701 Market Street
Philadelphia, Pa 19103-2921
Telephone: (215) 963-5305/5194
Facsimile: (215) 963-5001

*Attorneys for Defendant BFBD*

**CERTIFICATION**

In accordance with Local Civil Rule 11.2, the undersigned hereby certifies that the matters raised herein are not the subject of any other pending lawsuit, arbitration, or administrative proceeding except the state court action that is being removed.

DATED: August 6, 2021

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Eleanor R. Farrell*
Michael J. Puma (*pro hac vice* forthcoming)
Eleanor R. Farrell
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5305/5194
Facsimile: (215) 963-5001
michael.puma@morganlewis.com
eleanor.farrell@morganlewis.com

*Attorneys for Defendant BFBD*

**CERTIFICATE OF SERVICE**

I, Eleanor R. Farrell, hereby certify that on August 6, 2021, a true and correct copy of the foregoing Notice of Removal, together with exhibits attached hereto, was served via first-class mail and email upon the following:

Douglas J. Kinz, Esq.
341 Lafayette Ave.
Hawthorne, NJ 07506
djkinzlaw@gmail.com

*Attorneys for Plaintiff*

*/s/ Eleanor R. Farrell*
Eleanor R. Farrell